IT IS SO ORDERED.

DATED: October 28, 2022

*/s/ Stephen V. Wilson*

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSSEF GLEKSMAN, an individual, | Case No.: 5:22-CV-01008-SVW-SHK |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF DISMISSAL** |
| MERCEDES-BENZ USA, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Judge: Hon. Stephen V. Wilson |
| Defendants. | State Court Complaint Filed: May 5, 2022<br>Removal Date: June 17, 2022 |

///
///

-1-
JOINT NOTICE OF DISMISSAL

TO THE COURT AND ALL ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE**, that Plaintiff YOSSEF GLEKSMAN (Plaintiff) and Defendant MERCEDES-BENZ USA, LLC (Defendant), (collectively the "Parties"), by and through their counsel of record, request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted.

Dated: October 25, 2022  PRESTIGE LEGAL SOLUTIONS, P.C.

By: _____
Michelle Yang
Jeffrey L. Le Pere
Attorneys for Plaintiff,
YOSSEF GLEKSMAN

Dated: October 25, 2022  THETA LAW FIRM, LLP

By: _____
Soheyl Tahsildoost
Donna J. Hooper
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC